**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

DENIS N. DUBUC,

    Petitioner,

v.                                           CASE NO. 1:11cv267-MP-GRJ

STATE OF FLORIDA,

    Respondent.

_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated December 19, 2011.  (Doc. 3).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    The petition for writ of habeas corpus is DISMISSED, pursuant to the *Younger v. Harris* abstention doctrine.  401 U.S. 37 (1971).

    **DONE and ORDERED** this 19th day of January, 2012.

                                                       *s/ M. Casey Rodgers*
                                                   **M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**